**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN CLEMENTE, et al.,

    Plaintiffs,

v.                                                      Case No. 09-CV-13854

FRANK VASLO, et al.,

    Defendants.
                                                       /

**ORDER EXTENDING DISPOSITIVE MOTION DEADLINE**

On August 10, 2010, the court conducted a telephone conference, after counsel for the parties contacted the court's case manager regarding an extension of the dispositive motion deadline. This deadline had already been extended once, pursuant to the parties' June 8, 2010 stipulation. During the conference, the court agreed to extend the dispositive motion deadline again and stated that it would briefly shorten the response and reply deadlines. Accordingly,

IT IS ORDERED that the dispositive motion deadline is EXTENDED until **September 1, 2010**. Responses shall be filed on or before **September 21, 2010**, and replies shall be filed on or before **September 29, 2010**.

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: August 12, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 12, 2010, by electronic and/or ordinary mail.

                                                s/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-13854.CLEMENTE.ExtendDeadlines.npk.wpd

2