# **EXHIBIT O**

Affidavits of Search Warrants and Search Warrants

## AFFIDAVIT FOR SEARCH WARRANT

| Lincoln Park Police Department | Incident#: 9-10173 |
|---|---|

| Detective Lieutenant John Martin | Affiant(s), state that: |
|---|---|

The person, place or thing to be searched is described as and is located at:
Residence commonly known as 507 Kings Hwy., in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as: The water meter owned by the City of Lincoln Park that services the above described premises.

The FACTS establishing probable cause or the grounds for the search are:
That affiant has been employed as a police officer in the City of Lincoln Park for 21 years, and is currently a Lieutenant assigned to the Operations. Duties include, but are not limited to, investigating crimes committed in the city of Lincoln Park.

That information pertained on this affidavit has been obtained from the Director of Public Services for the City of Lincoln Park, Robert Bartok, and is based on his investigation into billable water loss.

That, the City of Lincoln Park conducted a water study in order to develop a water loss prevention program. During the course of the study, it was determined that there was billable water loss of 35%. As a component of the water loss prevention program, a model of users of the Lincoln Park water/sewer services was developed. Due to the familiarity of the families, active employees and retired personnel were chosen for the first group of study.

In review of the past two years of billing history, the ten lowest consumption totals were significantly below the median, which according to the study is approximately 185 cuf per unit. Five of the lowest are employees of the Department of Public Services (DPS) assigned to the Water/Sewer Division.

On June 30, 2009, between the hours of 4:00 pm, and 7:00 pm, the Director of Public Services for the City of Lincoln Park, Robert Bartok along with Wayne County Sheriff's Deputy Brian White, went to seven homes on the list where the total consumption was less than 70 units. Of the seven homes, they were only allowed entry into four. The four meters checked, all had "unseated" meters, to include one meter that was on the floor. The consumption for each individual meter over the course of two years of those checked ranged from 29 units, to 51 units.

On June 30, 2009 at approximately 4:55 pm, Bartok and White went to the home (507 Kings Hwy) of DPS employee John Clemente, who resides there with his wife and two children in order to inspect the meter in the home based on their homes consumption use of 42 units of water. According to Mr. Bartok, Clemente refused them entry stating that they need a search warrant to enter his home. Using three families of similar size

from the study group, revealed the two year average water usage was 207 units.

DPS Director Robert Bartok believes that the meter inside the residence of 507 Kings Hwy., Lincoln Park, Michigan 48146 may have been tampered with or removed.  City Ordinance 1042. 08 addresses the right of the city to inspect the meter.  The ordinance reads as follows:

## 1042.08  RIGHT OF ENTRY; REPAIR OF CONNECTIONS.

    The duly constituted authorities of the City may, at all reasonable hours, enter, with the occupant's approval, upon any premises where water service is established for the purpose of inspecting and making an examination of the water meter and outward therefrom to the curb stop. Such City authorities may require water connections to meters to be repaired, removed, replaced or changed where the same are defective or not in compliance with this chapter or other applicable ordinances of the City, as such authorities deem necessary. If such repair, replacement or alteration is not made as required, the City may make such repair, replacement or alteration and charge the actual cost thereof to the premises.

    Any person whose premises are supplied with water shall be deemed as having assented to the provisions of this chapter.

(Res. 83-462.  Passed 6-6-83.)

Based on the ordinance, and the occupants refusal to allow entry, affiant requests entry into the home to permit DPS Director Bartok, or his designee to remove, and replace the existing water meter.

Affiant further sayeth not.

| This affidavit consists of __ page(s) | Affiant signature: |
|---|---|
| Review on date: 7/13/09<br>*Norman C. Kohlstrand*<br>By Prosecuting Official:<br>P 42294 | Subscribed and sworn to before me on:<br>7/13/09 (Date)<br>25th District Court         Judge/Magistrate:<br>3361 |

Original affidavit to court; Copy to prosecutor, File Copy to LPPD

## SEARCH WARRANT

| Lincoln Park Police Department | Incident#: 9-10173 |

To the Sheriff or any Peace Officer:

| Lieutenant John Martin | Officer, |

Has sworn to the affidavit regarding the following:

The person, place or thing to be searched is described as and is located at:
Residence commonly known as 507 Kings Hwy., in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as:
The water meter owned by the City of Lincoln Park that services the above described premises.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises.  You are further commanded to promptly return this warrant and tabulation to the court.

| Judge: | Bar No.: 33601 | Date: 7/30/9 |

Original warrant to court; Copy 1 to prosecutor, Copy 2 Serve,
Copy 3 to Issuing Judge, File Copy to LPPD

## RETURN AND TABULATION

| Lincoln Park Police Department | Incident#: 9-10173 |
|---|---|

Search was made on (Date) 7/14/09     and the following property seized:

one (1) Neptune water meter S/N 41755133 (sw)

Reading 322215

Nothing Further

| This Return consists of _1_ page(s) | Officer signature: J. Martin |
|---|---|
| Date tabulation filed: | Copy of warrant and tabulation served on (Name): John Clemente |

## AFFIDAVIT FOR SEARCH WARRANT

| Lincoln Park Police Department | Incident#: 9-10173 |
| --- | --- |
| Detective Lieutenant John Martin | Affiant(s), state that: |

The person, place or thing to be searched is described as and is located at:
Residence commonly known as 1641 Leblanc in the City of Lincoln Park, County of Wayne, State of Michigan.

THE PROPERTY to be searched for and seized, if found, is specifically described as: The water meter owned by the City of Lincoln Park that services the above described premises.

The FACTS establishing probable cause or the grounds for the search are:
That affiant has been employed as a police officer in the City of Lincoln Park for 21 years, and is currently a Lieutenant assigned to the Operations. Duties include, but are not limited to, investigating crimes committed in the city of Lincoln Park.

That information pertained on this affidavit has been obtained from the Director of Public Services for the City of Lincoln Park, Robert Bartok, and is based on his investigation into billable water loss.

That, the City of Lincoln Park conducted a water study in order to develop a water loss prevention program. During the course of the study, it was determined that there was billable water loss of 35%. As a component of the water loss prevention program, a model of users of the Lincoln Park water/sewer services was developed. Due to the familiarity of the families, active employees and retired personnel were chosen for the first group of study.

In review of the past two years of billing history, the ten lowest consumption totals were significantly below the median, which according to the study is approximately 185 cuf per unit. Five of the lowest are employees of the Department of Public Services (DPS) assigned to the Water/Sewer Division.

On June 30, 2009, between the hours of 4:00 pm, and 7:00 pm, the Director of Public Services for the City of Lincoln Park, Robert Bartok along with Wayne County Sheriff's Deputy Brian White, went to seven homes on the list where the total consumption was less than 70 units. Of the seven homes, they were only allowed entry into four. The four meters checked, all had "unseated" meters, to include one meter that was on the floor. The consumption for each individual meter over the course of two years of those checked ranged from 29 units, to 51 units.

Bartok and White did not go to the home of Brain DePalma located at 1641 Leblanc, however, the water study indicated 71 units of water. According to Bartok, DePalma is an employee of the water department. Mr. DePalma is married with no children.

DPS Director Robert Bartok believes that the meter inside the residence of 1641

Leblanc, Lincoln Park, Michigan 48146 may have been tampered with or removed. City Ordinance 1042. 08 addresses the right of the city to inspect the meter. The ordinance reads as follows:

## 1042.08 RIGHT OF ENTRY; REPAIR OF CONNECTIONS.

The duly constituted authorities of the City may, at all reasonable hours, enter, with the occupant's approval, upon any premises where water service is established for the purpose of inspecting and making an examination of the water meter and outward therefrom to the curb stop. Such City authorities may require water connections to meters to be repaired, removed, replaced or changed where the same are defective or not in compliance with this chapter or other applicable ordinances of the City, as such authorities deem necessary. If such repair, replacement or alteration is not made as required, the City may make such repair, replacement or alteration and charge the actual cost thereof to the premises.

Any person whose premises are supplied with water shall be deemed as having assented to the provisions of this chapter.

(Res. 83-462.  Passed 6-6-83.)

Based on the ordinance, affiant requests entry into the home so that DPS Director Bartok can inspect, repair or make necessary alterations to the meter, as well as obtain an accurate reading of the meter.

Affiant further sayeth not.

---

| This affidavit consists of __ page(s) | Affiant signature: |
|---|---|
| Review on date: 7/13/09<br>_Norman C. Kohlstrand_<br>By Prosecuting Official:<br>P47294 | Subscribed and sworn to before me on:<br>7 13 09 (Date)<br>25th District Court<br>2052<br>Judge/Magistrate:<br>33691<br>C/U DUGAN |

Original affidavit to court; Copy to prosecutor, File Copy to LPPD

## *SEARCH WARRANT*

| Lincoln Park Police Department | Incident#: 9-10173 |
|---|---|

To the Sheriff or any Peace Officer:

| Lieutenant John Martin | Officer, |
|---|---|

Has sworn to the affidavit regarding the following:

The person, place or thing to be searched is described as and is located at:
Residence commonly known as 1641 Leblanc in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as:
The water meter owned by the City of Lincoln Park that services the above described premises.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

| Judge: | Bar No.: | Date: |
|---|---|---|
| CUNLAN | 35201 | 71309 |

Original warrant to court; Copy 1 to prosecutor, Copy 2 Serve,
Copy 3 to Issuing Judge, File Copy to LPPD

## RETURN AND TABULATION

**Lincoln Park Police Department**          Incident#: 9-10173

Search was made on (Date) 7/14/09          and the following property seized:

One (1) Neptune water meter: S/n 36390955
              Reading: 94998

Nothing Further

| | |
|---|---|
| This Return consists of _1_ page(s) | Officer signature: J. Martin [signature] |
| Date tabulation filed: | Copy of warrant and tabulation served on (Name): Brian DePalma |

## AFFIDAVIT FOR SEARCH WARRANT

| Lincoln Park Police Department | Incident#: 9-10173 |
|---|---|

| Detective Lieutenant John Martin | Affiant(s), state that: |
|---|---|

The person, place or thing to be searched is described as and is located at:
Residence commonly known as 1420 Buckingham in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as:
The water meter owned by the City of Lincoln Park that services the above described premises.

The FACTS establishing probable cause or the grounds for the search are:
That affiant has been employed as a police officer in the City of Lincoln Park for 21 years, and is currently a Lieutenant assigned to the Operations. Duties include, but are not limited to, investigating crimes committed in the city of Lincoln Park.

That information pertained on this affidavit has been obtained from the Director of Public Services for the City of Lincoln Park, Robert Bartok, and is based on his investigation into billable water loss.

That, the City of Lincoln Park conducted a water study in order to develop a water loss prevention program. During the course of the study, it was determined that there was billable water loss of 35%. As a component of the water loss prevention program, a model of users of the Lincoln Park water/sewer services was developed. Due to the familiarity of the families, active employees and retired personnel were chosen for the first group of study.

In review of the past two years of billing history, the ten lowest consumption totals were significantly below the median, which according to the study is approximately 185 cuf per unit. Five of the lowest are employees of the Department of Public Services (DPS) assigned to the Water/Sewer Division.

On June 30, 2009, between the hours of 4:00 pm, and 7:00 pm, the Director of Public Services for the City of Lincoln Park, Robert Bartok along with Wayne County Sheriff's Deputy Brian White, went to seven homes on the list where the total consumption was less than 70 units. Of the seven homes, they were only allowed entry into four. The four meters checked, all had "unseated" meters, to include one meter that was on the floor. The consumption for each individual meter over the course of two years of those checked ranged from 29 units, to 51 units.

Bartok and White did not go to the home of Michael Shaffer located at 1420 Buckingham, however, the water study indicated 69 units of water. According to Bartok, Shaffer is an employee of the DPS, and resides at the residence with his two teenage children.

DPS Director Robert Bartok believes that the meter inside the residence of 1420 Buckingham, Lincoln Park, Michigan 48146 may have been tampered with or removed. City Ordinance 1042.08 addresses the right of the city to inspect the meter. The ordinance reads as follows:

## 1042.08  RIGHT OF ENTRY; REPAIR OF CONNECTIONS.

The duly constituted authorities of the City may, at all reasonable hours, enter, with the occupant's approval, upon any premises where water service is established for the purpose of inspecting and making an examination of the water meter and outward therefrom to the curb stop. Such City authorities may require water connections to meters to be repaired, removed, replaced or changed where the same are defective or not in compliance with this chapter or other applicable ordinances of the City, as such authorities deem necessary. If such repair, replacement or alteration is not made as required, the City may make such repair, replacement or alteration and charge the actual cost thereof to the premises.

Any person whose premises are supplied with water shall be deemed as having assented to the provisions of this chapter.

(Res. 83-462.  Passed 6-6-83.)

Based on the ordinance, affiant requests entry into the home so that DPS Director Bartok can inspect, repair or make necessary alterations to the meter, as well as obtain an accurate reading of the meter.

Affiant further sayeth not.

| This affidavit consists of __ page(s) | Affiant signature: |
| --- | --- |
| Review on date: 7/13/09<br>Norman C. Kohlstrand<br>By Prosecuting Official:<br>P42294 | Subscribed and sworn to before me on:<br>26-2  (Date) 7-13-09<br>25th District Court     Judge/Magistrate:<br>CLUNGAN<br>3300 |

Original affidavit to court; Copy to prosecutor, File Copy to LPPD

*SEARCH WARRANT*

| **Lincoln Park Police Department** | Incident#: *9-10173* |
|---|---|

To the Sheriff or any Peace Officer:

| *Detective Lieutenant John Martin* | Officer, |
|---|---|

Has sworn to the affidavit regarding the following:

The person, place or thing to be searched is described as and is located at:
Residence commonly known as 1420 Buckingham in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as:
The water meter owned by the City of Lincoln Park that services the above described premises.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

| Judge: | Bar No.: 3 3601 | Date: 7 13 09 |
|---|---|---|

Original warrant to court, Copy 1 to prosecutor, Copy 2 Serve,
Copy 3 to issuing Judge, File Copy to LPPD

## RETURN AND TABULATION

| Lincoln Park Police Department | Incident#: 9-10173 |

Search was made on (Date) 7/14/09 and the following property seized:

One(1) Neptune water meter 46273799
Reading: 67816

Nothing Further

| This Return consists of _1_ page(s) | Officer signature: J. Martin |
| Date tabulation filed: | Copy of warrant and tabulation served on (Name): Mike Shaffer |

## AFFIDAVIT FOR SEARCH WARRANT

| Lincoln Park Police Department | Incident#: 9-10173 |
|---|---|

| Detective Lieutenant John Martin | Affiant(s), state that: |
|---|---|

The person, place or thing to be searched is described as and is located at:
Residence commonly known as 2420 Ferris in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as:
The water meter owned by the City of Lincoln Park that services the above described premises.

The FACTS establishing probable cause or the grounds for the search are:
That affiant has been employed as a police officer in the City of Lincoln Park for 21 years, and is currently a Lieutenant assigned to the Operations.  Duties include, but are not limited to, investigating crimes committed in the city of Lincoln Park.

That information pertained on this affidavit has been obtained from the Director of Public Services for the City of Lincoln Park, Robert Bartok, and is based on his investigation into billable water loss.

That, the City of Lincoln Park conducted a water study in order to develop a water loss prevention program.  During the course of the study, it was determined that there was billable water loss of 35%.  As a component of the water loss prevention program, a model of users of the Lincoln Park water/sewer services was developed.  Due to the familiarity of the families, active employees and retired personnel were chosen for the first group of study.

In review of the past two years of billing history, the ten lowest consumption totals were significantly below the median, which according to the study is approximately 185 cuf per unit.  Five of the lowest are employees of the Department of Public Services (DPS) assigned to the Water/Sewer Division.

On June 30, 2009, between the hours of 4:00 pm, and 7:00 pm, the Director of Public Services for the City of Lincoln Park, Robert Bartok along with Wayne County Sheriff's Deputy Brian White, went to seven homes on the list where the total consumption was less than 70 units.  Of the seven homes, they were only allowed entry into four.  The four meters checked, all had "unseated" meters, to include one meter that was on the floor.  The consumption for each individual meter over the course of two years of those checked ranged from 29 units, to 51 units.

On June 30, 2009 at approximately 4:55 pm, Bartok and White went to the home (2420 Ferris) of DPS employee Charles Taylor II, who resides there with his wife and two children in order to inspect the meter in the home based on their homes consumption use of 70 units of water.  No one was home when Bartok arrived.

DPS Director Robert Bartok believes that the meter inside the residence of 2420 Ferris, Lincoln Park, Michigan 48146 may have been tampered with or removed. City Ordinance 1042. 08 address's the right of the city to inspect the meter. The ordinance reads as follows:

## 1042.08  RIGHT OF ENTRY; REPAIR OF CONNECTIONS.

The duly constituted authorities of the City may, at all reasonable hours, enter, with the occupant's approval, upon any premises where water service is established for the purpose of inspecting and making an examination of the water meter and outward therefrom to the curb stop. Such City authorities may require water connections to meters to be repaired, removed, replaced or changed where the same are defective or not in compliance with this chapter or other applicable ordinances of the City, as such authorities deem necessary. If such repair, replacement or alteration is not made as required, the City may make such repair, replacement or alteration and charge the actual cost thereof to the premises.

Any person whose premises are supplied with water shall be deemed as having assented to the provisions of this chapter.

(Res. 83-462.  Passed 6-6-83.)

Based on the ordinance, affiant requests entry into the home so that DPS Director Bartok can inspect, repair or make necessary alterations to the meter, as well as obtain an accurate reading of the meter.

Affiant further sayeth not.

| This affidavit consists of __ page(s) | Affiant signature: |
|---|---|
| Review on date: 7/13/09<br>Norman C. Kohlstrand<br>By Prosecuting Official:<br>P42294 | Subscribed and sworn to before me on:<br>7/13/09 (Date)<br><br>25ᵗʰ District Court        Judge/Magistrate:<br>3360<br>CIURGAN |

Original affidavit to court; Copy to prosecutor, File Copy to LPPD

## SEARCH WARRANT

| Lincoln Park Police Department | Incident#: 9-10173 |
|---|---|

To the Sheriff or any Peace Officer:

| Lieutenant John Martin | Officer, |
|---|---|

Has sworn to the affidavit regarding the following:

The person, place or thing to be searched is described as and is located at: Residence commonly known as 2420 Ferris in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as: The water meter owned by the City of Lincoln Park that services the above described premises.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

| Judge: | Bar No.: 33201 | Date: 7/13/04 |
|---|---|---|

Original warrant to court; Copy 1 to prosecutor, Copy 2 Serve, Copy 3 to Issuing Judge, File Copy to LPPD

## RETURN AND TABULATION

**Lincoln Park Police Department**     Incident#: 9-10173

Search was made on (Date) 7/14/09     and the following property seized:

One (1) Neptune water meter S/N: 37881878
Reading: 142771

Nothing Further.

This Return consists of _1_ page(s)

Date tabulation filed:

Officer signature:
J. Martin

Copy of warrant and tabulation served on (Name):
Chuck Taylor

## AFFIDAVIT FOR SEARCH WARRANT

| Lincoln Park Police Department | Incident#: 9-10173 |
|---|---|
| Detective Lieutenant John Martin | Affiant(s), state that: |

The person, place or thing to be searched is described as and is located at:
Residence commonly known as 607 Capitol, in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as:
The water meter owned by the City of Lincoln Park that services the above described premises.

The FACTS establishing probable cause or the grounds for the search are:
That affiant has been employed as a police officer in the City of Lincoln Park for 21 years, and is currently a Lieutenant assigned to the Operations. Duties include, but are not limited to, investigating crimes committed in the city of Lincoln Park.

That information pertained on this affidavit has been obtained from the Director of Public Services for the City of Lincoln Park, Robert Bartok, and is based on his investigation into billable water loss.

That, the City of Lincoln Park conducted a water study in order to develop a water loss prevention program. During the course of the study, it was determined that there was billable water loss of 35%. As a component of the water loss prevention program, a model of users of the Lincoln Park water/sewer services was developed. Due to the familiarity of the families, active employees and retired personnel were chosen for the first group of study.

In review of the past two years of billing history, the ten lowest consumption totals were significantly below the median, which according to the study is approximately 185 cuf per unit. Five of the lowest are employees of the Department of Public Services (DPS) assigned to the Water/Sewer Division.

On June 30, 2009, between the hours of 4:00 pm, and 7:00 pm, the Director of Public Services for the City of Lincoln Park, Robert Bartok along with Wayne County Sheriff's Deputy Brian White, went to seven homes on the list where the total consumption was less than 70 units. Of the seven homes, they were only allowed entry into four. The four meters checked, all had "unseated" meters, to include one meter that was on the floor. The consumption for each individual meter over the course of two years of those checked ranged from 29 units, to 51 units.

On June 30, 2009 at approximately 5:20 pm, Bartok and White went to the home (607 Capitol) of DPS employee Brian Dailey, who resides there with his wife and one child in order to inspect the meter in the home based on their homes consumption use of 46 units of water. According to Mr. Bartok, Dailey refused them entry stating that they

need a search warrant to enter his home.

DPS Director Robert Bartok believes that the meter inside the residence of 607 Capitol, Lincoln Park, Michigan 48146 may have been tampered with or removed. City Ordinance 1042. 08 address's the right of the city to inspect the meter. The ordinance reads as follows:

## 1042.08   RIGHT OF ENTRY; REPAIR OF CONNECTIONS.

The duly constituted authorities of the City may, at all reasonable hours, enter, with the occupant's approval, upon any premises where water service is established for the purpose of inspecting and making an examination of the water meter and outward therefrom to the curb stop. Such City authorities may require water connections to meters to be repaired, removed, replaced or changed where the same are defective or not in compliance with this chapter or other applicable ordinances of the City, as such authorities deem necessary. If such repair, replacement or alteration is not made as required, the City may make such repair, replacement or alteration and charge the actual cost thereof to the premises.

Any person whose premises are supplied with water shall be deemed as having assented to the provisions of this chapter.

(Res. 83-462.  Passed 6-6-83.)

Based on the ordinance, and the occupants refusal to allow entry, affiant requests entry into the home to permit DPS Director Bartok, or his designee to remove, and replace the existing water meter.

Affiant further sayeth not.

| This affidavit consists of __ page(s) | Affiant signature: |
|---|---|
| Review on date: 7/13/09<br>*Norman C. Kohlstrand*<br>By Prosecuting Official:<br>P 42294 | Subscribed and sworn to before me on:<br>7/13/09 (Date)<br>25th District Court        Judge/Magistrate:<br>28.2                     33601<br>CJUNGAN |

Original affidavit to court; Copy to prosecutor, File Copy to LPPD

## SEARCH WARRANT

| Lincoln Park Police Department | Incident#: 9-10173 |
|---|---|

To the Sheriff or any Peace Officer:

| Lieutenant John Martin | Officer, |
|---|---|

Has sworn to the affidavit regarding the following:

The person, place or thing to be searched is described as and is located at: Residence commonly known as 607 Capitol, in the City of Lincoln Park, County of Wayne, State of Michigan.

The PROPERTY to be searched for and seized, if found, is specifically described as: The water meter owned by the City of Lincoln Park that services the above described premises.

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:** I have found that probable cause exists and you are commanded to make the search and seize the described property. Leave a copy of this warrant and a tabulation (a written inventory) of all property taken with the person from whom the property was taken or at the premises. You are further commanded to promptly return this warrant and tabulation to the court.

| Judge: CUNGAN | Bar No.: 35601 | Date: 7/30/09 |
|---|---|---|

Original warrant to court; Copy 1 to prosecutor, Copy 2 Serve, Copy 3 to Issuing Judge, File Copy to LPPD

## RETURN AND TABULATION

| Lincoln Park Police Department | Incident#: 9- 10173 |
|---|---|

Search was made on (Date) 7/14/09          and the following property seized:

One (1) Neptune Water Meter S/n 38837031
           Reading = 029131

Nothing Further

| This Return consists of _1_ page(s) | Officer signature: J. Martin |
|---|---|
| Date tabulation filed: | Copy of warrant and tabulation served on (Name): BRIAN DAILEY |