**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN CLEMENTE, et al.,

    Plaintiffs,

v.        Case No. 09-13854

FRANK VASLO, et al.,

    Defendants.
                                                   /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting In Part Defendants' Motions for Summary Judgment and Dismissing State Law Claims" dated November 5, 2010,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Frank Vaslo, Steve Dechane, Robert Bartok, and City of Lincoln Park, and against Plaintiffs John Clemente, Brian Dailey, John Werksma, Dennis Stol, Karen Stol, Charles Taylor, II, Glenn Ray, and Brian DePalma. Dated at Detroit, Michigan, this 5th day of November 2010.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      S/ Lisa Wagner
                                  By: Lisa Wagner, Case Manager
                                    to Judge Robert H. Cleland